LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone: (310) 477-2070
Facsimile: (310) 477-3922
Email: rlove@love-law.net
       kerskine@love-law.net

Attorneys for Plaintiff
LARKIN LANDAU

RECEIVED
AUG - [illegible]
CHAMBERS OF
OSWALD PARADA

COURTESY COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARKIN LANDAU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE, a governmental entity,<br><br>　　　　Defendant. | CASE NO. CV07-06807 DSF (OPx)<br><br>[PROPOSED] ORDER ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER |

////
////
////

1

## [PROPOSED] ORDER

The parties to this matter having entered into and filed a Stipulated Confidentiality Agreement and Protective Order, and good cause appearing therefore, IT IS HEREBY ORDERED:

1) That a protective order be and hereby is issued according to and as set forth in the Stipulated Confidentiality Agreement and Protective Order of the parties filed on August 1, 2008 for purposes of pre-trial proceedings;

2) That a party seeking to file any documents designated as **Confidential Documents** and **Confidential – Attorneys' Eyes Only Documents** with the Court in this action shall confer, within ten (10) days before filing such document or pleading, with the other party in an attempt to reach agreement whether the documents must be filed under seal. If one or both parties believe such documents must be filed under seal, both parties shall make a Joint Application under Local Rule 79-5, setting forth each party's position on whether an order of the Court should issue that such documents be filed only under seal.

DATED: 8/5, 2008

Hon. Oswald Parada, Magistrate Judge
United States District Court

Submitted by,
LAW OFFICES OF RICHARD A. LOVE

By:_____
Kathleen M. Erskine
Attorneys for Plaintiff
Larkin Landau