JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARKIN LANDAU, | ) | CASE NO. CV07-06807 DSF (OPx) |
| Plaintiff, | ) | |
| vs. | ) | |
| COUNTY OF RIVERSIDE, a governmental entity, | ) | JUDGMENT ON SPECIAL VERDICT |
| Defendant. | ) | |

    This matter duly came on for trial before this Court on February 2, 2010, the Honorable Dale S. Fischer, United States District Judge, presiding. Plaintiff Larkin Landau ("plaintiff") was represented by Richard A. Love, Esq., of the Law Offices of Richard A. Love. Defendant County of Riverside ("defendant") was represented by Daniel K. Spradlin, Esq. and Caroline A. Byrne, Esq. of Woodruff, Spradlin & Smart, APC. A jury of eight jurors was selected and sworn. The parties made opening statements, witnesses were sworn and testified, and exhibits were admitted into evidence. On February 10, 2010 the Court instructed the jury, the parties presented closing arguments, and the jury retired to deliberate. On February 12, 2010 the jury returned the following Special Verdict on the matters submitted to it:

1

"We, the jury in the above captioned matter, answer the questions put to us as follows:

### ADA DISABILITY:  DISCRIMINATION

1. Is defendant County liable to plaintiff for disparate treatment disability discrimination under the ADA?

    Answer:   _X_ Yes    ____ No

    Answer the next question.

### ADA DISABILITY:  REASONABLE ACCOMMODATION

2. Is defendant County liable to plaintiff for failing to reasonably accommodate a disability under the ADA?

    Answer:   _X_ Yes    ____ No

    Answer the next question.

### ADA:  RETALIATION

3. Is defendant County liable to plaintiff for retaliating against plaintiff under the ADA?

    Answer:   _X_ Yes    ____ No

    Answer the next question.

/

### FMLA:  RETALIATION

4. Is defendant County liable to plaintiff for retaliating against plaintiff under the FMLA?

    Answer:   ____ Yes    _X_ No

    Answer the next question.

////
////
////

**FLSA:  OVERTIME COMPENSATION**

    5.    Is defendant County liable to plaintiff for unpaid overtime compensation under the FLSA?

        Answer:    ____ Yes    _X_ No

Answer the next question.

    6.    Was the failure to pay overtime to plaintiff under the FLSA willful?

        Answer:    ____ Yes    _X_ No

Answer the next question.

**FEHA: DISABILITY DISCRIMINATION**

    7.    Is defendant County liable to plaintiff for disability discrimination under the FEHA?

        Answer:    _X_ Yes    ____ No

Answer the next question.

**FEHA: DISABILITY - REASONABLE ACCOMMODATION**

    8.    Is defendant County liable to plaintiff for failing to reasonably accommodate a disability under the FEHA?

        Answer:    _X_ Yes    ____ No

Answer the next question.

**FEHA: DISABILITY - INTERACTIVE PROCESS**

    9.    Is defendant County liable to plaintiff for failing to engage in the interactive process under the FEHA?

        Answer:    _X_ Yes    ____ No

Answer the next question.

**FEHA: RETALIATION**

10. Is defendant County liable to plaintiff for retaliation under FEHA?  Answer:  _X_ Yes  ____ No

Answer the next question.

If you answered all question s "no", sign and return this verdict form. If you answered one or more of the questions "yes", then answer the next question.

**DAMAGES**.

11. What is the total amount in damages to plaintiff which was caused by this conduct for which you found liability of the County?

    a.    Past economic damages:    $ 317,500

    b.    Future economic damages:    $ 216,000

    c.    Past noneconomic damages:    $ 250,000

    d.    Future noneconomic damages:    $ 250,000

                     Total Damages    $ 1,033,500

Sign and return this verdict.

Dated:  2/12/2010

                                    /s/
                                      Foreperson"

The jury was then polled, the jurors were unanimous on the Special Verdict (8-0), and the jurors were released.

It appearing by reason of the Special Verdict returned by the jury on February 12, 2010 that plaintiff Larkin Landau is entitled to recover against the County of Riverside under each claim identified in the Special Verdict as paragraph number 1, 2, 3, 7, 8, 9 and 10, as to which the jury answered in the

4

1  affirmative to the claims under the Americans with Disability Act ("ADA") [42
2  U.S.C. §§12112(a), 12117(a)] and California's Fair Employment and Housing Act
3  ("FEHA") [Cal. Gov. Code § 12940(a)(h)(m)(n)], and it further appearing that the
4  jury found plaintiff's total damages from the conduct by virtue of which defendant
5  County of Riverside is liable to plaintiff Landau to be in the amount of $1,033,500,
6  and good cause appearing therefore,

7

8      IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Larkin
9  Landau shall recover and have judgment against defendant County of Riverside in
10 the amount of One Million Thirty Three Thousand Five Hundred and 00/100
11 Dollars ($1,033,500.00) with interest thereon to accrue at the legal rate of interest
12 from the date of the verdict until paid, together with costs of suit herein in the
13 amount of $_____.

14     3/11/10
15 Dated: _____ /s/ Dale S. Fischer

16
17                 Hon. Dale S. Fischer, Judge
                United States District Court

18
19
20
21
22
23
24
25
26
27
28

1  Submitted by:

2  LAW OFFICES OF RICHARD A. LOVE
3

4
   By:  /s/ Richard A. Love
5       Richard A. Love
        Attorneys for Plaintiff
6       LARKIN LANDAU